(124 So. 927)

**Will WASHINGTON v. STATE. (1 Div. 897.)**

Court of Appeals of Alabama.   Nov. 19, 1929.

RICE, J.  Affirmed.

(128 So. 927)

**Troy WATTS v. STATE.**
**6 Div. 739.**

Court of Appeals of Alabama.
May 13, 1930.

RICE, J.
Affirmed.

(119 So. 927)

**Hiram WEAVER v. STATE.   (6 Div. 418.)**

Court of Appeals of Alabama.   Jan. 22, 1929.

J. J. Curtis, of Jasper, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.  The court has read and considered the entire evidence in this case, sitting en banc.   We have reached the conclusion that it tends in no legal way to connect the defendant (appellant) with the possession of the still, etc., which was found.   The general affirmative charge in his favor, which he requested, should therefore have been given, and for the error in its refusal the judgment is reversed and the cause remanded.

(120 So. 927)

**J. D. WEAVER v. STATE. (7 Div. 473.)**

Court of Appeals of Alabama.   Feb. 12, 1929.

SAMFORD, J.  Affirmed.

(127 So. 927)

**Wiley H. WESSON v. STATE.**
**8 Div. 911.**

Court of Appeals of Alabama.
March 4, 1930.

Bradshaw & Barnett, of Florence, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
Reversed and remanded.

(128 So. 927)

**Az L. WEST v. STATE.**
**8 Div. 132.**

Court of Appeals of Alabama.
May 27, 1930.

RICE, J.
Affirmed.